**DISTRICT COURT OF MARYLAND FOR** United States District Court, MD
City/County

Located at 101 West Lombard Street, Baltimore, MD 21201     Case No. 1:07-CV-2844-WMN
Court Address

| Kennard Warfield, Jr. et al. | vs. | Edward Primoff, et al. |
|---|---|---|
| Name | | Name |
| 14451 Triadelphia Road | | 7201 Old Washington Road |
| Address | | Address |
| Glenelg, MD 21737 | | Woodbine, MD 21797 |
| Plaintiff/Judgment Creditor | | Defendant/Judgment Debtor |

AND

BB&T
Garnishee
PO Box 1489 Lumberton NC 28359
Address

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 27 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## GARNISHEE'S CONFESSION OF ASSETS OF PROPERTY OTHER THAN WAGES
(Rule 3-645 and 3-645.1)

THE GARNISHEE reports that assets (other than wages and protected amounts under 31 C.F.R. Part 212) belonging to the Defendant, as of the  21st  day of  Sept. ,  2018 , the date upon which the attachment in this case was served, are being held by the garnishee and consist of the following:

☒ No assets of any defendant held.

☐ Savings account (number, name and amount)

 # _____ Name _____ $ _____
 ☐ The account includes a protected amount.

 # _____ Name _____ $ _____
 ☐ The account includes a protected amount.

 # _____ Name _____ $ _____
 ☐ The account includes a protected amount.

☐ Checking account (number, name and amount)

 # _____ Name _____ $ _____
 ☐ The account includes a protected amount.

 # _____ Name _____ $ _____
 ☐ The account includes a protected amount.

 # _____ Name _____ $ _____
 ☐ The account includes a protected amount.

☐ Other debts due any defendant or any other property belonging to any defendant (name, nature and value)

 Name _____ Nature _____ $ _____
 Name _____ Nature _____ $ _____
 Name _____ Nature _____ $ _____
 Name _____ Nature _____ $ _____

(If additional space is needed, attach sheet.)
☐ The property held by the garnishee consists of only of a protected amount pursuant to 31 C.F.R. Part 212 and the garnishee requests a judgment in favor of the garnishee terminating the garnishment.

| 9/21/2018 | /s/ Howell |
|---|---|
| Date | Signature of Garnishee/Attorney/Attorney I.D. |
| 910 272 4247 | Becky Howell |
| Signer's Telephone Number | Printed Name |
| 910 272 2725 | PO Box 1489 Lumberton NC 28359 |
| Signer's Facsimile Number, if any    Signer's E-mail Address, if any | Signer's Address |

I HEREBY CERTIFY that I mailed or delivered a copy of this document to the Plaintiff or Attorney for Plaintiff and to the Defendant or Attorney for the Defendant.

| 9/21/2018 | /s/ Howell | |
|---|---|---|
| Date | Signature of Garnishee or Attorney | Attorney I.D. |

DC/CV 61 (Rev. 7/2011)

Case 1:07-cv-02844-WMN   Document 148   Filed 09/27/18   Page 2 of 2

**BB&T**

**Branch Banking and Trust Company**

Wilson Deposit Compliance Operations
PO Box 1349
Wilson, NC 27893



CERTIFIED MAIL

9407 1118 9956 0720 0403 17

$3.92
US POSTAGE
FIRST-CLASS
FROM 27893
SEP 24 2018
stamps.com

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 27 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States District Court, MD
101 West Lombard Street
Baltimore MD 21201-2605

21201-262915